**Order entered August 8, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00856-CV

### IN THE INTEREST OF C.S.B AND R.D.B, CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15158**

## ORDER

We **GRANT** the August 7, 2014 motion of Gary Fitzsimmons, Dallas County District Clerk, for an extension of time to file the clerk's record. The clerk's record shall be filed on or before **August 19, 2014**.

/s/     ADA BROWN
        JUSTICE